IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISON

| | | |
|---|---|---|
| **HAROLD HARBOUR,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 5:24-CV-00021-RWS-JBB |
| **TREDIT TIRE & WHEEL COMPANY, INC.,** | § § § § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Harold Harbour ("Plaintiff") and Defendant Tredit Tire & Wheel Company, Inc. ("Defendant"), file this, their Joint Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

Plaintiff and Defendant have resolved all matters asserted in this lawsuit between them. There are no longer any issues in this matter between Plaintiff and Defendant to be determined by this Court. Plaintiff and Defendant hereby stipulate that all claims or causes of action against Defendant which were or could have been asserted in this lawsuit, are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

Respectfully submitted,

| | |
|---|---|
| */s/ Ronald R. Huff* | */s/ Kimberly S. Moore* |
| **RONALD R. HUFF** | **KIMBERLY S. MOORE** |
| State Bar No. 10185050 | State Bar No. 00784629 |
| ronhuff@gcecisp.com | ksmoore@clarkhill.com |
| **LAW OFFICE OF RONALD R. HUFF** | **CLARK HILL PLC** |
| 112 S. Crockett Street | 2600 Dallas Parkway |
| Sherman, Texas 75090 | Suite 600 |
| 903.893.1616 | Frisco, Texas 75034 |
| 903.813.3265 Fax | 469.287.3900 |
| | 469.287.3999 Fax |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 5th day of June, 2024, the above and foregoing was filed via the Court's ECF system and all parties of record were notified electronically using same in accordance with the Federal Rules of Civil Procedure.

*/s/ Ronald R. Huff*
Ronald R. Huff