# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| HAROLD HARBOUR, § § Plaintiff, § § v. § CIVIL ACTION NO. 5:24-CV-21-RWS § TREDIT TIRE & WHEEL COMPANY, § INC., § § Defendant. § | |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. Docket No. 18. In the joint stipulation, the parties stipulate that all claims or causes of action against Defendant which were or could have been asserted in this lawsuit are dismissed with prejudice, with court costs to be paid by the party incurring the same. *Id.* The Court, having reviewed the joint stipulation finds that it should be **GRANTED**. Accordingly, it is

**ORDERED** that the stipulated dismissal (Docket No. 18) is accepted by the Court and that the above-captioned case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**SIGNED this 10th day of June, 2024.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE